■ TELEMARK CONSTRUCTION, INC., Respondent, v HAMPTONS I LIMITED PARTNERSHIP et al., Appellants, et al., Defendants.— Order, Supreme Court, New York County (Edward Greenfield, J.), entered on April 22, 1991, unanimously affirmed for the reasons stated by Greenfield, J., with costs and disbursements.

No opinion. Concur—Murphy, P. J., Rosenberger, Ellerin and Kassal, JJ.